UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

EMERSON HERNANDEZ CHACON,

Petitioner,

v.

WARDEN,

Respondent.

CAUSE NO. 3:26cv885 DRL-SJF

ORDER

The petition for a writ of habeas corpus under 28 U.S.C. § 2241 was granted to the extent that respondent was ordered to release Emerson Hernandez Chacon from custody on appropriate conditions of supervised release. The respondent reports that the petitioner has since been released.

The court, therefore, DIRECTS the clerk to enter judgment and to close this case.

SO ORDERED.

November 3, 2026

*s/ Damon R. Leichty*
Judge, United States District Court